NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1520

PORTFOLIO TECHNOLOGIES, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

CHURCH & DWIGHT CO., INC.,

Intervenor,

and

INTELLX, INC. and MEDTECH PRODUCTS, LTD.,

Intervenors.

Richard P. Beem, Beem Patent Law Firm, of Chicago, Illinois, argued for appellant. With him on the brief was John R. Linzer. Of counsel on the brief were Paul J. Kozacky and Jerome R. Weitzel, Kozacky & Weitzel, of Chicago, Illinois.

Mark B. Rees, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation.

James H. Shalek, Proskauer Rose LLP, of New York, New York, argued for intervenors Church & Dwight Co., Inc. With him on the brief were Alan Federbush and Baldassare Vinti. Of counsel on the brief were Steven P. Hollman, Lewis E. Leibowitz, Susan M. Cook, and Rebecca C. Mandel, Hogan & Hartson, LLP, of Washington, DC.

David Lieberworth, Garvey Schubert Barer, of Seattle, Washington, for intervenors Intellix, Inc., and Medtech Products, Ltd. With him on the brief was Lizabeth Levinson, of Washington, DC.

Appealed from: United States International Trade Commission

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1520

PORTFOLIO TECHNOLOGIES, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

CHURCH & DWIGHT CO., INC.,

Intervenor,

and

INTELLX, INC. and MEDTECH PRODUCTS, LTD.,

Intervenors.

# *Judgment*

*ON APPEAL from the*   United States International Trade Commission

*in CASE NO(S).*        337-TA-546

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge)

**AFFIRMED**. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*


*DATED*  June 10, 2008              /s/ Jan Horbaly
                        *Jan* Horbaly, Clerk